IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40475
c/w No. 99-40477
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ERIC JEROME RELIFORD,

                                        Defendant-Appellant.
--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:98-CR-67-1
--------------------
March 1, 2000

Before KING, Chief Judge, and DAVIS and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Eric Jerome Reliford has moved to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Reliford has received a copy of counsel's motion and brief but has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.